IT IS SO ORDERED.

Dated: September 4, 2020



Tiiara N.A. Patton
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> Carlos E. Riviera, Jr., <br><br><br> Debtor. | Chapter 7 <br><br> Case No. 19-41632 (TNAP) <br><br> Judge Tiiara N.A. Patton |
| Patricia Garcar, <br><br> Plaintiff, <br><br> v. <br><br> Carlos E. Rivera, Jr., <br><br> Defendant. | Adv. Pro. No. 19-4042 (TNAP) |

**ORDER AMENDING PRETRIAL MINUTES AND
SCHEDULING ORDER AND SCHEDULING A FINAL PRETRIAL HEARING
<u>ON SEPTEMBER 16, 2020 AT 1:00 P.M.</u>**

AND NOW, it is hereby ORDERED that:

1. The Court's Pretrial Minutes and Trial Scheduling Order (Docket No. 12) is hereby amended as follows:

    a. paragraph (6) is amended to continue the trial to a date to be determined, and to schedule a final pretrial hearing[1] on **September 16, 2020, at 1:00 P.M.** ("Final Pretrial Hearing"); and

    b. paragraphs 7(A) – (E) are amended to continue the date for parties to produce, exchange, and/or file stipulations of fact, witness lists, trial briefs, exhibit lists, and exhibits from September 9, 2020 to a date to be determined at the Final Pretrial Hearing.

2. All parties are directed to meet and confer in advance of the Final Pretrial Hearing and be prepared to report to the Court what issues remain in this case, and whether those issues would be better resolved through alternative dispute resolution.

IT IS SO ORDERED.

---

[1] The final pretrial hearing will be conducted telephonically. For instructions on attending telephonic hearings before the Court, please review the Court's *Telephonic Appearance Instructions for Scheduled Hearings Before the Honorable Tiiara N.A. Patton* available on the Court's website.